UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE LASALLE GROUP, INC.,
a Michigan corporation,

                     PLAINTIFF

v.           CIVIL ACTION NO. 1:11cv377HSO-RHW

GRAY INSURANCE COMPANY,
a Louisiana surety company,         DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS MATTER COMES BEFORE THE COURT upon Plaintiff, The LaSalle Group's Motion to Dismiss [26] the above-styled cause filed June 13, 2013. Defendant, Gray Insurance Company does not oppose Plaintiff's Motion. The Court, having reviewed the instant Motion, the pleadings on file, and relevant law, and being otherwise fully advised in the premises, finds Plaintiff's Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, The LaSalle Group's Motion to Dismiss [26] is **GRANTE**D and this case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 17th day of June, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE